**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6293

JAMES LEE CECIL, JR.,

Plaintiff - Appellant,

v.

MAJOR CHAD KELLER; SMART COMMUNICATIONS HOLDING, INC.;
WESTERN VIRGINIA REGIONAL JAIL; SUPERINTENDENT COX; GLOBAL
TEL LINK, (GTL),

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at
Roanoke.  Jasmine Hyejung Yoon, District Judge.  (7:23-cv-00310-JHY-CKM)

Submitted:  September 25, 2025                    Decided:  September 30, 2025

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Lee Cecil, Jr., Appellant Pro Se.  John Richard Fitzgerald, GUYNN WADDELL,
P.C., Salem, Virginia; Kirk T. Bradley, ALSTON & BIRD LLP, Charlotte, North Carolina;
Shirin Afsous, Michael R. Sklaire, GREENBERG TRAURIG, LLP, McLean, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lee Cecil, Jr., appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motions to dismiss the second amended complaint Cecil filed in the underlying 42 U.S.C. § 1983 action.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  *See Cecil v. Keller*, No. 7:23-cv-00310-JHY-CKM (W.D. Va. filed Mar. 25, 2026 & entered Mar. 26, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*